# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Hamidullah Nasrat aka Hamid Nasrat<br>           Debtor<br><br>The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-12, its successors and/or assigns<br>           Moving Party<br>     vs.<br><br>Hamidullah Nasrat aka Hamid Nasrat<br>           Debtor<br><br>William C. Miller Esq.<br>           Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-17460 MDC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-12, which was filed with the Court on or about **December 15, 2016**.

                                                                        Respectfully submitted,

                                                                        **/s/ Brian Nicholas, Esquire**
                                                                        Brian Nicholas, Esquire
                                                                        Thomas Puleo, Esquire
                                                                        Attorneys for Movant/Applicant
                                                                        KML Law Group, P.C.
                                                                        Main Number: (215) 627-1322

December 21, 2016