UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    Hamidullah Nasrat,                    :        Chapter 13
        Debtor.                           :
                                                    :        Bankruptcy No. 16-17460mdc

## CERTIFICATION OF NO OBJECTION

    I, Patricia M. Mayer, counsel for debtor, hereby certify that no answer, objection, request for hearing or other response was received to the Motion to Avoid Lien of Capital One Bank USA, N.A. filed by Attorney for Debtor within the time period allowed by law.

    /s/ Patricia M. Mayer
Patricia M. Mayer, Esquire
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
(215) 493-4300
Counsel for Debtor

Dated:  04/18/2017