UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                 :
                                       : Chapter 13
Hamidullah Nasrat,                     :
                                       : Bankruptcy No. 16-17460-mdc
    Debtor.                        :
                                       : **HEARING DATE: 04/27/17, 11 a.m.**
                                       : **COURTROOM NO. 2**

## ORDER

AND NOW, this 27th day of April, 2017, upon consideration of the Debtor's Motion to Avoid a Judicial Lien which impairs exemptions to which the Debtor is entitled,

**IT IS HEREBY ORDERED** that the judicial lien held by Capital One Bank USA NA and recorded in the Bucks County Court of Common Pleas at Docket No. 2012-10395 in the amount of $1,721.92 be and hereby is **AVOIDED** upon Debtor's completion of his Chapter 13 Plan payments and the entry of a Discharge Order by this Court.

_____
Magdeline D. Coleman, Judge
United States Bankruptcy Court