United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Hamidullah Nasrat  
    Debtor  

Case No. 16-17460-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: JeanetteG           Page 1 of 1                Date Rcvd: Apr 28, 2017
                             Form ID: pdf900           Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.
```
db             +Hamidullah Nasrat,    7 Dukes Way,    Feasterville Trevose, PA 19053-6472
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 29 2017 01:42:35      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 29 2017 01:41:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 29 2017 01:42:10      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
               SERIES 2006-12 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
               SERIES 2006-12 bkgroup@kmllawgroup.com
              PATRICIA M. MAYER    on behalf of Debtor Hamidullah  Nasrat pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                : Chapter 13
Hamidullah Nasrat,                              :
                                                : Bankruptcy No. 16-17460-mdc
    Debtor.                   :
                                                : **HEARING DATE: 04/27/17, 11 a.m.**
                                                : **COURTROOM NO. 2**

## ORDER

AND NOW, this 27th day of April, 2017, upon consideration of the Debtor's Motion to Avoid a Judicial Lien which impairs exemptions to which the Debtor is entitled,

**IT IS HEREBY ORDERED** that the judicial lien held by Capital One Bank USA NA and recorded in the Bucks County Court of Common Pleas at Docket No. 2012-10395 in the amount of $1,721.92 be and hereby is **AVOIDED** upon Debtor's completion of his Chapter 13 Plan payments and the entry of a Discharge Order by this Court.

_____
Magdeline D. Coleman, Judge
United States Bankruptcy Court