## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Hamidullah Nasrat a/k/a Hamid Nasrat<br>　　　　　　　　　　　Debtor<br><br>Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-12, its successors and/or assigns<br>　　　　　　　　　　　Movant<br>　　　　vs.<br><br>Hamidullah Nasrat a/k/a Hamid Nasrat<br>　　　　　　　　　　　Debtor<br><br>William C. Miller Esq.<br>　　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 16-17460 MDC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Certificate of No Objection of Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-12, which was filed with the Court on or about March 15, 2018 (Document No. 36).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

March 15, 2018