PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
C.241-7431.NF

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                    Bk. No. 16-17460-mdc

Hamidullah Nasrat AKA Hamid Nasrat,                  Chapter 13

    Debtor.
_____/

### REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-SPS2, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 7 Dukes Way, Feasterville, Pennsylvania 19053 (Loan No. XXXX0346), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: June 28, 2018        By /s/ Lee S. Raphael
                                     LEE S. RAPHAEL, ESQ., CA BAR # 180030
                                     As Agent for Claimant

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 6/29/18, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Hamidullah Nasrat
7 Dukes Way
Feasterville Trevose, PA 19053
Debtor

Patricia M. Mayer, Esquire
Waterman & Mayer, LLP
301 Oxford Valley Rd.
Suite 203B
Yardley, PA 19067
Attorney for Debtor

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 6/29/18, at Woodland Hills, California.

<u>/s/ Roger Soria</u>