# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 16-17460-MDC

HAMIDULLAH NASRAT

7 DUKES WAY

FEASTERVILLE TREVOSE, PA 19053

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

HAMIDULLAH NASRAT

7 DUKES WAY

FEASTERVILLE TREVOSE, PA 19053

Counsel for debtor(s), by electronic notice only.

    PATRICIA M. MAYER, ESQUIRE
    WATERMAN & MAYER  LLP
    301 OXFORD VALLEY RD - SUITE 203B
    YARDLEY, PA 19067-

Date: 1/18/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee