IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>HAMIDULLAH NASRAT<br><br>      DEBTOR,<br><br>SPECIALIZED LOAN SERVICING, LLC ATTORNEY-IN-FACT FOR THE BENEFIT OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICIATEHOLDERS FOR THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-12<br><br>      MOVANT<br><br>   v.<br><br>HAMIDULLAH NASRAT and WILLIAM C. MILLER, ESQUIRE, CHAPTER 13 TRUSTEE<br><br>      RESPONDENTS | Bankruptcy No. 16-17460<br><br>Chapter 13 |

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

     Specialized Loan Servicing, LLC as attorney-in-fact for the Benefit of The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders for the CWABS, Inc. Asset-Backed Certificates, Series 2006-12 has filed a Motion to Approve Loan Modification with the Court regarding 7 Dukes Way, Feasterville, PA.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

     1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **Wednesday May 29, 2019**, you or your attorney must do **all** of the following:

       (a)  file an answer explaining your position at:

          Clerk, U.S. Bankruptcy Court
          Robert N.C. Nix, Sr., Federal Courthouse
          900 Market Street, Suite 202
          Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the movant's attorneys:

>Keri P. Ebeck, Esquire
>Bernstein-Burkley, P.C.
>707 Grant Street
>Suite 2200, Gulf Tower
>Pittsburgh, PA  15219

2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **Thursday, June 13, 2019 at 10:30 am** in Courtroom #2, Robert N. C. Nix Sr., Federal Courthouse, 900 Market Street, Suite 202, Philadelphia, PA 19107.

4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (215) 408-2819 to find out whether the hearing has been cancelled because no one filed an answer.

>Respectfully submitted,
>
>BERNSTEIN-BURKLEY, P.C.
>
>By: /s/ Keri P. Ebeck
>Keri P. Ebeck, Esq.
>PA I.D. #91298
>kebeck@bernsteinlaw.com
>707 Grant Street
>Suite 2200, Gulf Tower
>Pittsburgh, PA 15219
>Phone (412) 456-8112
>Fax: (412) 456-8135
>
>*Counsel for* Specialized Loan Servicing, LLC as attorney-in-fact for the Benefit of The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders for the CWABS, Inc. Asset-Backed Certificates, Series 2006-12

Dated:  May 15, 2019