IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 16-17460 |
| HAMIDULLAH NASRAT | Chapter 13 |
| DEBTOR, | |
| SPECIALIZED LOAN SERVICING, LLC ATTORNEY-IN-FACT FOR THE BENEFIT OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICIATEHOLDERS FOR THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-12 | |
| MOVANT | |
| v. | |
| HAMIDULLAH NASRAT and WILLIAM C. MILLER, ESQUIRE, CHAPTER 13 TRUSTEE | |
| RESPONDENTS | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2019 a copy of the foregoing Motion to Approve Loan Modification and the Notice of Hearing with Response Deadline were served on the following by **ordinary U.S. Mail** addressed to:

Hamidullah Nasrat
7 Dukes Way
Feasterville Trevose, PA 19053

PATRICIA M. MAYER
Patricia M. Mayer, PC
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

                                  Bernstein-Burkley, P.C.

                                  /s/ *Keri P. Ebeck*
                                  Keri P. Ebeck, Esquire (PA ID No. 91298)
                                  Bernstein-Burkley, P.C.
                                  707 Grant Street, Suite 2200
                                  Gulf Tower
                                  Pittsburgh, PA 15219
                                  (412) 456-8112