IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>HAMIDULLAH NASRAT<br><br>DEBTOR,<br><br>SPECIALIZED LOAN SERVICING, LLC ATTORNEY-IN-FACT FOR THE BENEFIT OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICIATEHOLDERS FOR THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-12<br><br>MOVANT<br><br>v.<br><br>HAMIDULLAH NASRAT and WILLIAM C. MILLER, ESQUIRE, CHAPTER 13 TRUSTEE<br><br>RESPONDENTS | Bankruptcy No.  16-17460-mdc<br><br>Chapter 13<br><br>Document No. 57<br><br><br>Hearing Date: June 13, 2019<br>Time: 11:00 am<br>900 Market Street, Suite 400<br>Philadelphia, PA 19107<br><br>Response Deadline: May 29, 2019 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION TO APPROVE LOAN MODIFICATION (DOC. NO. 53)

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Loan Modification, filed at Doc. No. 57 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than May 29, 2019.

    It is hereby respectfully requested that the Order attached to the Movant's Motion to Approve Loan Modification be entered by the Court.

Dated:  June 6, 2019                          Respectfully submitted,

                                                    BERNSTEIN-BURKLEY, P.C.

                                                    By: /s/*Keri P. Ebeck*
                                                    Keri P. Ebeck, Esq.
                                                    PA I.D. # 91298
                                                    kebeck@bernsteinlaw.com
                                                    707 Grant Street
                                                    Suite 2200, Gulf Tower
                                                    Pittsburgh, PA 15219
                                                    Phone - (412) 456-8112
                                                    Fax - (412) 456-8135

                                                    Counsel for Specialized Loan Servicing, LLC as attorney-in-fact for the Benefit for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders for the CWABS, Inc. Asset-Backed Certificates Series 2006-12