# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Hamidullah Nasrat, | : | |
| Debtor. | : | Bankruptcy No.   16-17460-MDC |
| Specialized Loan Servicing, LLC Attorney-in-Fact for the Benefit of The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders for the CWABS, Inc. Asset-Backed Certificates Series 2006-12 | : : : | |
| Movant | : | |
| v. | : | |
| Hamidullah Nasrat and William C. Miller, Esquire, Chapter 13 Trustee | : : | |

# **O R D E R**

**AND NOW**, this 13th day of June, 2018, it is hereby **ORDERED** that if Hamidullah Nasrat (the "Debtor") and Specialized Loan Servicing, LLC as attorney-in-fact for the Benefit of The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders for the CWABS, Inc. Asset-Backed Certificates, Series 2006-12 ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the Debtor shall (1) amend Schedules I and J to reflect any increase in monthly disposable income as a result of the loan modification, and (2) file an amended Chapter 13 plan reflecting the loan modification.

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Patricia M. Mayer, Esquire
Waterman & Mayer, LLP
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067

Keri P. Ebeck, Esquire
Bernstein-Burkley, PC
707 Grant Street, Suite 2200
Pittsburgh, PA 15219

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107