UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Chapter 13 |
| Hamidullah Nasrat : | |
| : | Bankruptcy No. 16-17460mdc |
| Debtor. : | |

**NOTICE OF: DEBTOR'S COUNSEL'S SUPPLEMENTAL
APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Notice is Given:

1. That a supplemental application for approval of compensation for services rendered and reimbursement of expenses incurred on behalf of the above-captioned debtor has been filed by Patricia M. Mayer, Esquire, of Patricia M. Mayer, PC, 301 Oxford Valley Road, Suite 203B, Yardley, PA 19067.

2. That counsel is requesting supplemental compensation in the amount of $1,500.00 of which $0.00 has been paid, and reimbursement of expenses of $59.90.

3. That the aforesaid motion is on file with the Clerk, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299 and is available there for inspection.

4. That any answer, objection, request for hearing or other responsive pleading to the motion must be filed with the Court and served on counsel at the addresses shown above within twenty-one (21) days of the date of this notice.

5. That in the absence of any answer or objection the Court may grant the relief requested.

DATED:  June 24, 2019         /s/ Patricia M. Mayer
                              Patricia M. Mayer, Esquire
                              PATRICIA M. MAYER, PC
                              301 Oxford Valley Road, Suite 203B
                              Yardley, PA 19067
                              (215) 493-4300
                              Counsel for Debtor