UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | :     Chapter 13 |
| Hamidullah Nasrat, | :     Bankruptcy No. 16-17460mdc |
| Debtor. | : |

**CERTIFICATION OF NO OBJECTION**

I, Patricia M. Mayer, counsel for debtor, hereby certify that no answer, objection, request for hearing or other response was received to the Debtor's Motion to Modify Plan Post-Confirmation filed by Attorney for Debtor within the time period allowed by law.

                                                        /s/ Patricia M. Mayer
                                                       Patricia M. Mayer, Esquire
                                                       PATRICIA M. MAYER, PC
                                                       301 Oxford Valley Road, Suite 203B
                                                       Yardley, PA 19067
                                                       (215) 493-4300
                                                       Counsel for Debtor

Dated:    July 16, 2019