UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Chapter 13 |
| Hamidullah Nasrat : | |
| : | Bankruptcy No. 16-17460mdc |
| Debtor. : | |

## CERTIFICATION OF NO OBJECTION

I, Patricia M. Mayer, counsel for Debtor, hereby certify that no answer, objection, request for hearing or other response was received to the Supplemental Application for Compensation and Reimbursement of Expenses filed by Attorney for Debtor within the time period allowed by law.

   /s/ Patricia M. Mayer
Patricia M. Mayer, Esquire
PATRICIA M. MAYER, PC
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
(215) 493-4300
Counsel for Debtor

Dated: 07/16/19