UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Hamidullah Nasrat, | : | Bankruptcy No. 16-17460mdc |
| Debtor. | : | **HEARING DATE: 08/01/19, 11a.m.** |
| | : | **COURTROOM NO. 2** |

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN
## CHAPTER 13 PLAN POST-CONFIRMATION

AND NOW, this _1st_ day of _August_, 2019 upon consideration of the Debtor's Motion to Modify his Chapter 13 Plan Post-Confirmation and any response filed thereto and for good cause shown,

**IT IS HEREBY ORDERED** that Debtor's Motion is **GRANTED** and the Debtor's Second Amended Chapter 13 Plan as filed on June 24, 2019 is **CONFIRMED**.

_____
Magdeline D. Coleman, Chief Judge
United States Bankruptcy Court