UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| Hamidullah Nasrat | : | |
| | : | Bankruptcy No. 16-17460mdc |
| Debtor. | : | |

## ORDER

**AND NOW**, this  12th  day of  August , 20 19 , upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses filed by Patricia M. Mayer, attorney for Debtor, and after notice and hearing, it is hereby,

**ORDERED** that compensation in the amount of $1,500.00 of which $0.00 has been paid, and reimbursement of $59.90 in actual, necessary expenses are approved as fair, reasonable and necessary in connection with this case and meets the requirements of Bankruptcy Rule 2016. The Chapter 13 Standing Trustee, is hereby authorized to pay $1,559.90 to Patricia M. Mayer, Esquire upon receipt of this Order.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief United States Bankruptcy Judge