United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Hamidullah Nasrat
    Debtor

Case No. 16-17460-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Aug 13, 2019
                 Form ID: pdf900    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.
```
db             +Hamidullah Nasrat,    7 Dukes Way,    Feasterville Trevose, PA 19053-6472
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +The Bank Of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
cr             +The Bank of New York Mellon fka the Bank of New Yo,    14841 Dallas Parkway, Suite 425,
                 Dallas, TX 75254-8067
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 14 2019 03:15:26      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2019 03:14:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2019 03:15:22      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2019 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
               SERIES 2006-12 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
               SERIES 2006-12 bkgroup@kmllawgroup.com
              KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC as attorney-in-fact for
               the Benefit for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the
               Certificateholders for the CWABS, Inc. Asset-Backed Ce kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               bkgroup@kmllawgroup.com
              PATRICIA M. MAYER    on behalf of Debtor Hamidullah  Nasrat patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-12 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                           :
                                 :        Chapter 13
    Hamidullah Nasrat         :
                                 :        Bankruptcy No. 16-17460mdc
    Debtor.                   :

## **ORDER**

**AND NOW**, this  12th  day of  August , 20 19 , upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses filed by Patricia M. Mayer, attorney for Debtor, and after notice and hearing, it is hereby,

**ORDERED** that compensation in the amount of $1,500.00 of which $0.00 has been paid, and reimbursement of $59.90 in actual, necessary expenses are approved as fair, reasonable and necessary in connection with this case and meets the requirements of Bankruptcy Rule 2016. The Chapter 13 Standing Trustee, is hereby authorized to pay $1,559.90 to Patricia M. Mayer, Esquire upon receipt of this Order.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge