IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 16-17460-mdc |
| HAMIDULLAH NASRAT, <br> AKA HAMID NASRAT, | Chapter 13 |
| DEBTOR, | Document No. |
| SPECIALIZED LOAN SERVICING, LLC ATTORNEY-IN-FACT FOR THE BENEFIT OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICIATEHOLDERS FOR THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-12 | |
| MOVANT | |
| v. | |
| HAMIDULLAH NASRAT, <br> AKA HAMID NASRAT and <br> WILLIAM C. MILLER, CHAPTER 13 TRUSTEE | |
| RESPONDENTS | |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, more than 18 years of age, that on the 14th day of May, 2020 I served a copy of the Motion for Relief from the Automatic Stay and a copy of the Notice of Motion, Hearing Date and Response Deadline by electronic notification or electronic mail at the following addresses:

Howard Gershman
Gershman Law Offices, PC
610 York Road
Suite 200
Jenkintown, PA 19422
Hg22ecf@gmail.com

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com

Office of the United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
ustpregion03.ph.ecf@usdoj.gov

                                                            By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112
Fax: (412) 456-8135