IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankrtpcy No. 16-17460-mdc |
| HAMIDULLAH NASRAT, AKA HAMID NASRAT, | Chapter 13 |
| DEBTOR, | Document No. |
| SPECIALIZED LOAN SERVICING, LLC ATTORNEY-IN-FACT FOR THE BENEFIT OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICIATEHOLDERS FOR THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-12 | |
| MOVANT | |
| v. | |
| HAMIDULLAH NASRAT, AKA HAMID NASRAT and WILLIAM C. MILLER, CHAPTER 13 TRUSTEE | |
| RESPONDENTS | |

ORDER OF COURT

AND NOW, this 31st day of _____July_____, 2020, upon consideration of the foregoing

Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the

Stipulation is approved.


BY THE COURT

_Magdeline D. Colen_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge