United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17460-mdc
Hamidullah Nasrat                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore           Page 1 of 1              Date Rcvd: Jul 31, 2020
                              Form ID: pdf900           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db             +Hamidullah Nasrat,    7 Dukes Way,   Feasterville Trevose, PA 19053-6472
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Pkwy Suite 425,   Dallas, TX 75254-8067
cr             +The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
cr             +The Bank of New York Mellon fka the Bank of New Yo,    14841 Dallas Parkway, Suite 425,
                 Dallas, TX 75254-8067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 01 2020 04:43:59     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2020 04:43:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2020 04:43:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: BKBCNMAIL@carringtonms.com Aug 01 2020 04:42:39
                 The Bank Of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
               SERIES 2006-12 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
               SERIES 2006-12 bkgroup@kmllawgroup.com
              HOWARD GERSHMAN    on behalf of Debtor Hamidullah  Nasrat hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC as attorney-in-fact for
               the Benefit of The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the
               Certificateholders for the CWABS, Inc. Asset-Backed Cer kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC as attorney-in-fact for
               the Benefit of The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the
               Certificateholders for the CWABS, Inc. Asset-Backed Ce kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-12 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 16-17460-mdc |
|---|---|
| HAMIDULLAH NASRAT, AKA HAMID NASRAT, | Chapter 13 |
| DEBTOR, | Document No. |
| SPECIALIZED LOAN SERVICING, LLC ATTORNEY-IN-FACT FOR THE BENEFIT OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICIATEHOLDERS FOR THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-12 | |
| MOVANT | |
| v. | |
| HAMIDULLAH NASRAT, AKA HAMID NASRAT and WILLIAM C. MILLER, CHAPTER 13 TRUSTEE | |
| RESPONDENTS | |

## ORDER OF COURT

AND NOW, this 31st day of _____July_____, 2020, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge