UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

HAMIDULLAH NASRAT
aka HAMID NASRAT, Debtor

Case No. 16-17460 MDC
Chapter 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C.§329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or I n connection with the bankruptcy case is as follows:

   For legal services I have agreed to accept                $1,500.00
   *For representation re: Motion of SLS for Relief from Stay, Trustee Motion to Dismiss and Motion to Modify Confirmed plan only*

   Prior to the filing of this statement I have received    -0-
   Balance Due                                              $1,500.00

   For all other matters, the fee will be charged at $300 per hour as disclosed and approved

2. The source of compensation to be paid to me is:
   [XXX] Debtor          [   ] Other: Specify

3. [ XXX ] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [   ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

4. In return for the disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor ~~in determining whether to file a petition in bankruptcy.~~

   b. ~~Preparation and filing of any petition, schedules, statement of affairs and plan which may be required.~~

   c. ~~Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;~~

   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters.~~

   e. Other provisions:   Additionally, analysis of financial situations and representation as may arise hereinafter during the bankruptcy case.

    f.  Includes Representation re: Trustee Motion to Dismiss ( Feb 2020) and Motion for Relief from Stay (June-July 2020)  Motion to Modify Plan Post Confirmation

5. By agreement with the debtor(s) the above disclosed fee does NOT include the following services:

    a.  Representation in any adversary case or contested bankruptcy matter.  LEGAL FEE for services will be charged at $300 per hour for matters other than the matters listed in section 4f noted above.

*[Signature]* 8/2/20

Hamidullah Nasrat aka
Hamid Nasrat aka
Mike Nasrat

### Certification

I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: August 5, 2020

*[Signature]*

Howard Gershman
Gershman Law Offices PC
610 York Road. Ste. 200
Jenkintown, PA 19046
Tel: 215.886.1120