UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
HAMIDULLAH NASRAT : NO. 16-17460 MDC
Hamid Nasrat : CHAPTER 13

NOTICE OF APPLICATION FOR COMPENSATION FOR COUNSEL FEES AND EXPENSES

TO THE DEBTORS, CHAPTER 13 TRUSTEE AND ALL CREDITORS:

Pursuant to Bankruptcy Rule 2002.2, you are notified that Debtors' Counsel has filed an Application for Approval of Compensation and Expense Reimbursement for a Modified Chapter 13 Plan as follows:

| | |
|---|---|
| Total Counsel Fees (exclusive of Court costs, credit report cost And Credit Counseling costs) | $1,500.00 |
| Expense Reimbursement | 11.06 |
| Amount Paid by Debtors | -0-) |
| Balance to be paid through Chapter 13 Plan | $1,511.06 |

You are notified that any objection or request for a hearing on the Application must be filed within twenty-one (21) days of service of this notice with:

Clerk, US Bankruptcy Court
900 Market Street, 4th Floor
Philadelphia, PA 19107

and a copy of the same must be served upon Debtors' counsel and the Chapter 13 Trustee at the addresses listed below.

Date: August 5, 2020

Howard Gershman
Attorney for Debtors
GERSHMAN LAW OFFICES PC
610 York Road, Ste. 200
Jenkintown, PA 19046
215.886.1120

William C. Miller, Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105