UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
HAMIDULLAH NASRAT                    NO. 16-17460 MDC

DECLARATION ABOUT INDIVIDUAL DEBTOR'S SCHEDULES

Under penalty of perjury I declare that I have read the schedules (Amended I and J) with this Declaration and that they are true and correct.

_____
Hamidullah Nasrat aka Hamid Nasrat
Mike Nasrat

November 17 2020