UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
HAMIDULLAH NASRAT
aka HAMID NASRAT
    Debtor.

Chapter 13

Bankruptcy No. 16-17460 MDC

ORDER APPROVING MOTION TO MODIFY
CONFIRMED CHAPTER 13 PLAN

In consideration of Debtor's Motion to Modify Confirmed Chapter 13 Plan, and for good cause shown, there being no opposition thereto, it is ORDERED:

The Motion is granted.

Debtor's confirmed Chapter 13 Plan is modified and extended to a 72 month Plan as reflected in the Third Amended Plan filed August 5, 2020

Date:

BY THE COURT:

December 13, 2020

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

7