United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-17460-mdc

Hamidullah Nasrat                                                                       Chapter 13

            Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2020 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hamidullah Nasrat, 7 Dukes Way, Feasterville Trevose, PA 19053-6472 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | + | THE BANK OF NEW YORK MELLON, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | THE BANK OF NEW YORK MELLON, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | The Bank of New York Mellon fka the Bank of New Yo, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 15 2020 03:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2020 03:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 15 2020 03:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/Text: BKBCNMAIL@carringtonms.com | Dec 15 2020 03:44:00 | The Bank Of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020                          Signature:          /s/Joseph Speetjens

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2020 | Form ID: pdf900 | Total Noticed: 9 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-12 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-12 bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Debtor Hamidullah Nasrat hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing  LLC as attorney-in-fact for the Benefit of The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders for the CWABS, Inc. Asset-Backed Cer kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing  LLC as attorney-in-fact for the Benefit for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders for the CWABS, Inc. Asset-Backed Ce kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor THE BANK OF NEW YORK MELLON Et Al... bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-12 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
HAMIDULLAH NASRAT                                   :
aka HAMID NASRAT                                    :          Chapter 13
        Debtor.                                     :
                                                    :          Bankruptcy No. 16-17460 MDC
                                                    :

ORDER APPROVING MOTION TO MODIFY
CONFIRMED CHAPTER 13 PLAN

In consideration of Debtor's Motion to Modify Confirmed Chapter 13 Plan, and for good

cause shown, there being no opposition thereto, it is ORDERED:

The Motion is granted.

Debtor's confirmed  Chapter 13 Plan is modified and extended to a 72 month Plan as

reflected in the Third Amended Plan filed August 5, 2020

Date:

                                                    BY THE COURT:

December 13, 2020                                   *Magdeline D. Coleman*

                                                    Magdeline D. Coleman
                                                    Chief U.S. Bankruptcy Judge

7