UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

HAMIDULLAH NASRAT            No. 16-17460 MDC
                                                       Chapter 13

DEBTOR'S RESPONSE TO TRUSTEE'S
MOTION TO DISMISS [DOC. 115]

Debtor, Hamidullah Nasrat, is making additional payments so that the Chapter 13 Plan should be current prior to any hearing in this matter; or otherwise resolved by agreement.

October 6, 2021

                                                     GERSHMAN LAW OFFICES PC

                                                     Howard Gershman
                                                     610 York Road, Ste. 200
                                                     Jenkintown, PA 19046
                                                     215.886.1120
                                                     howard@gershman-law.com

Service upon:

Kenneth E. West, Trustee
P.O. Box 1229
Philadelphia, PA 19105