UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
HAMIDULLAH NASRAT : NO. 16-17460 MDC
Hamid Nasrat : CHAPTER 13

DEBTOR'S RESPONSE TO MOTION TO DISMISS [DOC. 122]

Since the filing of the Motion to Dismiss Debtor has made at least one payment (April 7, 2022) and proposes to have the account current by the time of any hearing.

WHEREFORE, Debtor prays this Honorable Court to deny the Motion to Dismiss, as well as for such other relief as is just and equitable.

Date: April 12, 2022

Service this date upon:

Kenneth E. West, Esquire
Chapter 13 Trustee
MDC@ph13trustee.com

GERSHMAN LAW OFFICES PC

Howard Gershman
610 York Road, Ste. 200
Jenkintown, PA 19046
215.886.1120
howard@gershman-law.com