# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-17460-MDC

HAMIDULLAH NASRAT

7 DUKES WAY

FEASTERVILLE TREVOSE, PA 19053

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

HAMIDULLAH NASRAT

7 DUKES WAY

FEASTERVILLE TREVOSE, PA 19053

Counsel for debtor(s), by electronic notice only.

    HOWARD GERSHMAN, ESQ.
    GERSHMAN LAW OFFICES PC
    610 YORK RD, STE 200
    JENKINTOWN, PA 19422-

Date: 7/26/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee