UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

HAMIDULLAH NASRAT            No. 16-17460 MDC
                                                             Chapter 13

DEBTOR'S RESPONSE TO TRUSTEE'S
MOTION TO DISMISS [DOC. 127]

Debtor, Hamidullah Nasrat, has made additional payments so that the Chapter 13 Plan should be current prior to any hearing in this matter; or otherwise resolved by agreement. The most recent payments were tendered August 7, 2022 [$500.00] and An earlier confirmed August 5, 2022, in the amount of $480.00 [TFS ID No. 11869764]

August 8, 2021

GERSHMAN LAW OFFICES PC

_____
Howard Gershman
610 York Road, Ste. 200
Jenkintown, PA 19046
215.886.1120
howard@gershman-law.com

Service upon:

Kenneth E. West, Trustee
P.O. Box 1229
Philadelphia, PA 19105